HARRY O. McCARTHY, Respondent, v. MARY M. McCARTHY, Appellant.— Appeal by defendant from an interlocutory judgment of divorce. Judgment unanimously affirmed, without costs. The weight of the evidence supports the finding of Special Term that defendant went to Nevada for the express purpose of obtaining residence or domicile there for the required statutory period which would enable her to maintain in the Nevada courts an action for divorce, and that she had no intention of establishing a bona fide residence or domicile in that State. Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [179 Misc. 623.]

WM. E. MORRELL, INC., Appellant, v. ELOISE W. CARLSTEDT, Respondent.— Action to recover a real estate broker's commission, alleged to be due upon the sale of real property. Order of the County Court of Westchester County, reversing the order of the City Court of the City of White Plains, which granted summary judgment to plaintiff, unanimously affirmed, with costs. Appeal from the judgment of the City Court of White Plains, dated October 26, 1944, dismissed, without costs. Plaintiff's right under the original lease to a commission upon the sale of the property to the tenant was not in perpetuity, and depended upon whether at the time of the sale, the tenant was a party to a subsisting lease negotiated by the broker, or a renewal thereof, which continued the broker's rights as set out under the original lease. Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

ELEANOR O'ROURKE et al., Respondents, v. A. I. NAMM & SON, INC., et al., Appellants.— Action by plaintiff wife to recover damages for personal injuries suffered when she fell while descending two steps in appellants' department store, and by her husband for medical expenses and loss of services. Judgment, entered on the verdict of a jury in favor of plaintiffs, reversed on the law, with costs, and the complaint dismissed on the law, with costs. There is no evidence upon which to find that appellants had notice, or were chargeable with notice, of the condition of the handrail complained of. In other respects the findings of fact implicit in the verdict of the jury are affirmed. Hagarty, Acting P. J., Johnston and Adel, JJ., concur; Lewis and Aldrich, JJ., dissent and vote to affirm on the ground that a question of fact was presented for the jury.

IRVING S. RAPAPORT et al., Copartners Practicing Law as RAPAPORT BROTHERS, Appellants, v. MANUFACTURERS TRUST COMPANY, as Trustee, Respondent.— Order granting defendant's motion to preclude the plaintiffs from giving evidence on the trial unless they furnish a bill of particulars within fifteen days, affirmed, with ten dollars costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.